## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**REGINALD ODELL,**<br>**Defendant.** | **DOCKET NO.** 3:26-cr-75-moc<br><br>**BILL OF INDICTMENT**<br><br>**Violations:   21 U.S.C. § 841(a)(1)** |

## THE GRAND JURY CHARGES:

### COUNT ONE
*(Distribution of Methamphetamine)*

On or about November 25, 2025, in Anson County, within the Western District of North Carolina, the defendant,

## REGINALD ODELL,

did knowingly and intentionally distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

### COUNT TWO
*(Distribution of Methamphetamine)*

On or about December 17, 2025, in Anson County, within the Western District of North Carolina, the defendant,

## REGINALD ODELL,

did knowingly and intentionally distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT THREE
*(Distribution of Methamphetamine)*

On or about February 11, 2026, in Anson County, within the Western District of North Carolina, the defendant,

**REGINALD ODELL,**

did knowingly and intentionally distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 21 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 853, 924, and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations;

c. All firearms or ammunition involved or used in such violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b), and (c).

A TRUE BILL



Case 3:26-cr-00075-MOC-DCK    Document 1    Filed 04/21/26    Page 2 of 3

RUSS FERGUSON
UNITED STATES ATTORNEY

_____ for

ALFREDO DE LA ROSA
ASSISTANT UNITED STATES ATTORNEY

Case 3:26-cr-00075-MOC-DCK    Document 1    Filed 04/21/26    Page 3 of 3