# NEW CRIMINAL CASE COVER SHEET

## U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:**  ◯YES  ◉NO

**DOCKET NUMBER:**  3:26-CR-75-MOC

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | | |
|---|---|---|
| **CASE NAME** | :**US** vs | REGINALD ODELL |
| **COUNTY OF OFFENSE** | : | ANSON |
| **RELATED CASE INFORMATION** | : | |
| *Magistrate Judge Case Number* | : | |
| *Search Warrant Case Number* | : | |
| *Miscellaneous Case Number* | : | |
| *Rule 20b* | : | |
| **SERVICE OF PROCESS** | : | ARREST WARRANT |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ◯Petty  ◯Misdemeanor  ◉Felony

21 U.S.C. § 841(a)(1)

**JUVENILE:**  ◯ Yes  ◉ No

| | | |
|---|---|---|
| **ASSISTANT U. S. ATTORNEY** | : | ALFREDO DE LA ROSA |
| **VICTIM/WITNESS COORDINATORS:** | | |
| **INTERPRETER NEEDED** | : | |
| **LIST LANGUAGE AND/OR DIALECT:** | | |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | | |

(Maintain form in the Attorney Work Product folder / purge before archiving )