# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. | Reginald Odell

Case Number: | 3:26-CR-75-MOC

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1-3 | 21 USC §841 (b)(1)(B) | 5 years | 5-40 years imprisonment; $5 million fine; not less than 4 years supervised release |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?     ☐ YES     ☐ NO

\* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?     ☐ YES     ☐ NO

\* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?     ☐ YES     ☐ NO

\* 18 U.S.C. 924(C) ONLY

IF YES     ☐ BRANDISH

☐ DISCHARGE